CORRECTED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

MACKENZY NOZE and JONAS JOSEPH,
*Defendants*.

No. 3:16-cr-100 (JAM)

### JURY VERDICT FORM – MACKENZY NOZE

**Count One**: We the jury unanimously find on the charge of wire fraud occurring on or about April 12, 2013, that defendant Mackenzy Noze is

Not Guilty _____    Guilty __✓__

**Count Two**: We the jury unanimously find on the charge of wire fraud occurring on or about May 14, 2013, that defendant Mackenzy Noze is

Not Guilty _____    Guilty __✓__

**Count Three**: We the jury unanimously find on the charge of wire fraud occurring on or about October 23, 2013, that defendant Mackenzy Noze is

Not Guilty _____    Guilty __✓__

**Count Four**: We the jury unanimously find on the charge of wire fraud occurring on or about November 27, 2013, that defendant Mackenzy Noze is

Not Guilty _____    Guilty __✓__

**Count Five**: We the jury unanimously find on the charge of mail fraud occurring on or about November 29, 2013, that defendant Mackenzy Noze is

Not Guilty _____    Guilty __✓__

**Count Six**: We the jury unanimously find on the charge of wire fraud occurring on or about January 8, 2014, that defendant Mackenzy Noze is

Not Guilty _____    Guilty __✓__

CORRECTED

**Count Seven**: We the jury unanimously find on the charge of mail fraud occurring on or about January 27, 2014, that defendant Mackenzy Noze is

            Not Guilty \_\_\_\_     Guilty  ✓

**Count Eight**: We the jury unanimously find on the charge of mail fraud occurring on or about January 27, 2014, that defendant Mackenzy Noze is

            Not Guilty \_\_\_\_     Guilty  ✓

**Count Nine**: We the jury unanimously find on the charge of conspiracy to commit mail and wire fraud that defendant Mackenzy Noze is

            Not Guilty \_\_\_\_     Guilty  ✓

*Your verdict must be unanimous. You may return a verdict of "Guilty" only if you unanimously conclude that the Government has proven all elements beyond a reasonable doubt. If you unanimously conclude that the Government has not proven any one of the elements beyond a reasonable doubt, then you must return a verdict of "Not Guilty".*

_____/s/_____      \_\_\_6/15/17_____
          Foreperson                                        Date